UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SABINO,

                    Petitioner,

      -against-

PORT AUTHORITY POLICE DEPARTMENT,

                    Respondent.

22-CV-6229 (LTS)

CIVIL JUDGMENT

For the reasons stated in the September 9, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 9, 2022
          New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge